## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNE C. ROCHE GALLEN,                    :
    Plaintiff                                :
                                             :    **CIVIL ACTION NO. 02-3750**
    v.                                       :
                                             :
FOSTER-WHEELER ENVIRONMENTAL             :
CORPORATION,                             :
    Defendant.                               :

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendant Foster-Wheeler

Environmental Corporation in the above-referenced matter.

Respectfully submitted,

_____

James M. Penny, Jr.
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103-1895
(215)665-3130

Attorney for Defendant, Foster-Wheeler
Environmental Corporation

400671