IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE C. ROCHE GALLEN,<br>    **Plaintiff** | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 02-3750 |
| **FOSTER-WHEELER ENVIRONMENTAL CORPORATION,**<br>    **Defendant.** | : <br> : <br> : | |

### STIPULATION

It is hereby stipulated by and between Michael J. McCaney, Jr., attorney for plaintiff, and James M. Penny, Jr., attorney for defendant, that the time for defendant to respond to the complaint be extended to August 23, 2002.

_____
Michael J. McCaney, Jr.
Attorney for Plaintiff

_____
James M. Penny, Jr.
Attorney for Defendant

Approved: _____

397073