IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE C. ROCHE GALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOSTER-WHEELER ENVIRONMENTAL CORPORATION | : | NO. 02-cv-3750-EL |

## O R D E R

AND NOW, this 18th day of September, 2002, upon conference:

- By September 27, 2002, counsel will meet and submit the attached joint discovery schedule, blocking out 15 days for depositions.  Depositions are to be completed by mid-January.

- Paper discovery is due by end of October, 2002.

- A further Rule 16 conference will be held on Tuesday, December 3, 2002 at 11:00 a.m. in chambers, Room 12614.

_____
Edmund V. Ludwig,    J.