IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE C. ROCHE GALLEN<br><br>VS.<br><br><br>FOSTER-WHELLER<br>ENVIRONMENTAL CORP. | CIVIL ACTION<br><br>NO. 02-3750 |

### ORDER

AND NOW, this 13th day of DECEMBER, 2002, in accordance with the court's procedure for random reassignment is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Edmund V. Ludwig to the Honorable Norma L. Shapiro.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court