IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE C. ROCHE GALLEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FOSTER-WHEELER ENVIRONMENTAL CORPORATION | : | NO. 02-3750 |

### ORDER

AND NOW, this 16th day of December, 2002, it is **ORDERED** that a status conference will be held before Judge Shapiro in Chambers on **January 2, 2003** at **10:00 a.m.**

ATTEST:                                               or        BY THE COURT:


                                                                /s/ Norma L. Shapiro, J.
Madeline F. Ward, Deputy Clerk                                                          S.J.