IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE C. ROCHE GALLEN | : | CIVIL ACTION |
| v. | : | |
| FOSTER-WHEELER ENVIRONMENTAL CORPORATION | : | NO. 02-3750 |

## ORDER

AND NOW, this 26th day of February, 2003, it is hereby **ORDERED** that a **Settlement Conference** in the above-captioned action will be held on **March 4, 2003**, at **2:30 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

The attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties shall be present.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE