IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANNE C. ROCHE GALLEN           :           CIVIL ACTION
                               :
                               :
          v.                   :
                               :
FOSTER-WHEELER ENVIRONMENTAL   :
CORPORATION                    :           NO. 02-3750


**O R D E R**


**AND NOW, TO WIT:** this 14th day of April, 2003,

it having been reported that the issues between the parties in

the above action have been settled and upon Order of the Court

pursuant to the provisions of Rule 41.1(b) of the Local Rules of

Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with

prejudice, pursuant to agreement of counsel.




                              BY THE COURT:



                              _____
                              M. FAITH ANGELL
                              UNITED STATES MAGISTRATE JUDGE

Civ 12 (1/96)
41.1(b)